## Commonwealth *v.* Long, Appellant.

Submitted March 8, 1971. *John H. Chronister,* Assistant Public Defender, for appellant; *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* McAdoo, Appellant.

Submitted March 8, 1971. *Richard D. Walker,* Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.